IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTWONE WILLIAMS,**<br>    Plaintiff,<br><br>        v.<br><br>**CITY OF PHILADELPHIA and**<br>**WARDEN CLYDE GAINEY,**<br>    Defendants. | :<br>:<br>:<br>:   CIVIL ACTION<br>:<br>:   NO. 09-133<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 17th day of August 2012, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 40), Plaintiff's response in opposition thereto (Doc. No. 42), and Defendants' reply (Doc. No. 44), and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**